```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                                        ) | No. CR-12-6005-WFN |
|             Plaintiff,                 ) | |
|                                        ) | ORDER DENYING DEFENDANT'S |
| v.                                     ) | MOTION TO MODIFY |
|                                        ) | |
| ROBERT JOHN BERON, a/k/a               ) | ☑   MOTION DENIED |
| Robert Beron,                          ) |     **(ECF No. 137)** |
|                                        ) | |
|             Defendant.                 ) | |

Date of Motion hearing: **June 20, 2012.**

Having considered the submission and arguments of the parties,

**IT IS ORDERED** Defendant's Motion to Modify (ECF No. 137) is **DENIED**.

DATED July 12, 2012.

```
                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE
```

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1